**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000014**
**06-MAR-2024**
**10:32 AM**
**Dkt. 50 ODMR**

NO. CAAP-24-0000014

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARK MALAGODI and JANET JOHNSTON,
Plaintiffs/Counterclaim Defendants-Appellees, v.
CAMERON E. NICE and MARTHA J. JACOBSEN,
aka MARTHA J. JACOBSEN-NICE,
Defendants/Counterclaimants-Appellants, and
AMERICAN SAVINGS BANK, F.S.B.,
a Federal Savings Bank, Defendant-Appellee, and
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; and DOE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CCV-22-0000027)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the letter, filed February 27, 2024, by self-represented Defendants/Counterclaimants-Appellants Cameron E. Nice and Martha J. Jacobsen aka Martha J. Jacobsen-Nice (together, Nice Parties), which the court construes as a motion for reconsideration (Motion for Reconsideration), the papers in support, and the record, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

IT IS FURTHER ORDERED that within ten (10) days from the date of this order, the Nice Parties shall pay the filing

fees in the full amount to the Supreme Court Clerk's Office.[1] Failure to pay the filing fees may result in the appeal being dismissed.  Hawai‘i Rules of Appellate Procedure Rule 24(c).

DATED:  Honolulu, Hawai‘i, March 6, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

---

[1]  If payment is made by check, then all information, including the date, must be included for the check to be accepted.